UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2038

ANNETTE C. WATKINS,

              Plaintiff - Appellant,

      v.

DUKE MEDICAL CENTER; DAVIS AMBULATORY SURGICAL CENTER,

              Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., Senior District Judge.  (1:13-cv-01007-JAB-LPA)

Submitted:  February 12, 2015          Decided:  February 18, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Annette C. Watkins, Appellant Pro Se.  Charles Matthew Keen, Kimberly Joyce Lehman, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annette C. Watkins appeals the district court's order confirming an arbitration award in favor of Duke Medical Center and dismissing her § 1983 action. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Watkins's informal brief does not challenge the basis for the district court's disposition, Watkins has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>